DOROTHY KRATZ, an Infant, by ETHEL KRATZ, Her Guardian ad Litem, Respondent, Impleaded with Others, *v.* JOSEPH H. FREEDLANDER, Appellant.

(Submitted January 22, 1934; decided January 23, 1934.)

*Thomas J. O' Neill* for motion.

*Robert H. Charlton* opposed.

Motion denied, with ten dollars costs.